### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | |
|---|---|
| STATE OF TEXAS, TEXAS GENERAL LAND OFFICE, TEXAS DEPARTMENT OF AGRICULTURE, RAILROAD COMMISSION OF TEXAS, <br><br> and STATE OF KANSAS, <br><br> and STATE OF OKLAHOMA, <br><br>         Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, DEBRA HAALAND, in her official capacity as SECRETARY OF THE INTERIOR, MARTHA WILLIAMS, in her official capacity as DIRECTOR OF THE U.S. FISH AND WILDLIFE SERVICE, <br><br>         Defendants. | Civil Action No. 7:23-cv-47 |

### [PROPOSED] ORDER GRANTING CONSERVATION GROUPS' MOTION TO INTERVENE AS DEFENDANTS

Having reviewed the Motion to Intervene and supporting filings submitted by the Center for Biological Diversity and Texas Campaign for the Environment, and any response thereto, it is

**HEREBY ORDERED THAT**:

Conservation Groups' Motion to Intervene is **GRANTED**;

Conservation Groups are joined as Defendants to this action; and

Conservation Groups Proposed Answer is deemed lodged.

**SO ORDERED**

Dated: _____, 2023       BY THE COURT:

_____

U.S. District Judge David Counts