**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **STATE OF TEXAS, ET AL.,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. 7:23-cv-00047-DC** |
| **DEPARTMENT OF THE INTERIOR,** | § | |
| **ET AL.,** | § | |
| *Defendants.* | § | |
| | § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING
ORDER DEADLINES**

Having considered the Parties' Joint Motion to Modify Scheduling Order Deadlines, and for good cause shown,

IT IS ORDERED THAT:

The Parties' Joint Motion to Modify Scheduling Order Deadlines is GRANTED. The Court modifies its September 13, 2023, Scheduling Order, ECF No. 39, as follows:

1.  The Parties shall file all motions to amend or supplement pleadings or to join additional parties by **February 12, 2024**.

2. By **December 1, 2023**, Defendants shall produce a provisional administrative record and transmit copies to each separately represented party. The Parties shall meet and confer regarding administrative record issues by **January 4, 2024**.

3. By **February 5, 2024**, Defendants shall transmit to each separately represented party and lodge with the Court (1) the entire Administrative Record in this matter and (2) an affidavit authenticating the Administrative Record, detailing the process and procedure by which the Administrative Record was collected, and certifying its completeness.

3. By **March 8, 2024**, Plaintiffs shall file any objections or requests to supplement/amend the Administrative Record. Any disputes regarding the sufficiency, scope, or content of the Administrative Record or the supplementation of the same not raised during consultation of the Parties and by motion or before the **March 8, 2024**, deadline will be deemed to have been waived. If Plaintiffs believe discovery is needed to supplement or amend the Administrative Record, they shall file a motion for leave to do so by this date with a copy of the specific discovery sought.

4. By **April 8, 2024**, Defendants shall respond to any of the following filed by Plaintiffs, if any: motion for leave to seek discovery, objections or requests to supplement/amend the Administrative Record.

5. By **April 22, 2024**, Plaintiffs shall notify the Court whether any pending motion for leave to conduct discovery and/or objections to or requests to supplement/amend the Administrative Record remain, if any. The Parties agree that no additional motions for leave to conduct discovery and/or objection to or requests to supplement/amend the Administrative Record will be filed on this date.

6. Motions for summary judgment shall be filed by **May 3, 2024**. Responses to motions for summary judgment shall be filed by **June 14, 2024**. Reply briefs supporting a party's motion for summary judgment shall be filed by **June 28, 2024**.

SIGNED this _____ day of _____, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE