IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> U.S. DEPARTMENT OF THE § <br> INTERIOR, ET AL., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. <br> 7:23-CV-00047-DC |

**ORDER GRANTING INDUSTRY PLAINTIFFS' MOTION FOR LEAVE
TO FILE THEIR SECOND AMENDED COMPLAINT**

Before the Court is Plaintiffs Permian Basin Petroleum Association, National Cattlemen's Beef Association, Texas Cattle Feeder's Association, Kansas Livestock Association, Kansas Independent Oil & Gas Association, New Mexico Cattle Grower's Association, The Petroleum Alliance of Oklahoma, and Oklahoma Cattlemen's Association (collectively, the "***Industry Plaintiffs***") Motion for Leave to file their Second Amended Complaint adding Chaves County, New Mexico, Lea County, New Mexico, and Roosevelt County, New Mexico as plaintiffs. After due consideration, the Court finds that the Industry Plaintiffs' Motion for Leave shall be **GRANTED**.

It is therefore **ORDERED** that the Industry Plaintiffs' Motion for Leave to File Their Second Amended Complaint is hereby **GRANTED**.

It is further **ORDERED** that the Clerk of the Court docket the Industry Plaintiffs' Second Amended Complaint attached as Exhibit A to the Industry Plaintiffs' Motion for Leave to File Their Second Amended Complaint.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2024.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE