UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., §<br>　　　　*Plaintiffs*, §<br>　　　　　　　　　　　§<br>v. §<br>　　　　　　　　　　　§ CASE NO. 7:23-cv-00047-DC<br>DEPARTMENT OF THE INTERIOR, §<br>ET AL., §<br>　　　　*Defendants*. §<br>　　　　　　　　　　　§ | |

**ORDER**

Before the Court is Defendants' Opposed Motion for Leave to File Sur-Reply. Having considered the motion, the Court finds that Defendants' Motion shall be GRANTED. It is, therefore,

ORDERED that Defendants' Sur-Reply in Opposition to State's Reply to Defendants' Response and Motion to Complete the Administrative Record With Remaining Contested Items, which is attached to Defendants' Opposed Motion for Leave to File Sur-Reply, is deemed filed.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE DAVID COUNTS
DISTRICT COURT JUDGE