UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS, et al.,** § | | |
| *Plaintiffs,* § | | |
| § | | |
| **v.** § | Case No. MO:23-CV-00047-DC | |
| § | | |
| **UNITED STATES DEPARTMENT OF** § | | |
| **THE INTERIOR, et al.,** § | | |
| *Defendants* § | | |

# SCHEDULING ORDER

The scheduling recommendations provided by the parties on September 27, 2024 (Doc. 66) are adopted by the Court. Therefore, the following dates are entered to control the course of this case:

1) Motions for summary judgment shall be filed **within 45 days of Defendants' completion of the administrative record**. Such briefs shall be limited to 35 pages.

2) Responses in opposition to a party's motion for summary judgment shall be filed **within 60 days of the opposing party's opening brief**. Such briefs shall be limited to 35 pages.

3) Reply Briefs supporting a party's motion for summary judgment shall be filed **within 30 days of the opposing party's response**. Such briefs shall be limited to 15 pages.

It is so **ORDERED**.

SIGNED this 8th day of October, 2024.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE