**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL., § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> DEPARTMENT OF THE INTERIOR, § <br> ET AL., § <br> *Defendants.* § <br> § | CASE NO. 7:23-cv-00047-DC |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

The Parties in this case hereby move this Court for a 30-day extension of time to file their cross-motions for summary judgment and supporting briefing in this matter.

Presently, all Parties must file their respective motions for summary judgment by March 31, 2025. ECF No. 68 at ¶ 1, as modified by the Court's March 12, 2025 Text Order. The parties are requesting an additional 30 days to discuss settlement options. Accordingly, the Parties respectfully request that the Court modify the briefing schedule as follows:

1) Motions for summary judgment shall be filed by **April 30, 2025**.

2) Responses in opposition to a party's motion for summary judgment shall be filed by **June 30, 2025**.

3) Reply briefs supporting a party's motion for summary judgment shall be filed by **July 30, 2025**.

Respectfully submitted this 26th day of March, 2025.

                                          */s/ Jeff Kuhnhenn*
                                          Jeff Kuhnhenn
                                          Texas Bar No. 24078809
                                          jeff.kuhnhenn@kellyhart.com
                                          Derek L. Montgomery

Texas Bar No. 24042264
derek.montgomery@kellyhart.com
**KELLY HART & HALLMAN LLP**
P.O. Box 3580
Midland, Texas 79701
Telephone: (432) 683-4691
Facsimile: (432) 683-6518

Marianne Auld
Texas Bar No. 01429910
marianne.auld@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 878-3543
Fax: (817) 878-9280

*Attorneys for Industry Plaintiffs*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Brittany E. Wright*
BRITTANY E. WRIGHT
Assistant Attorney General
State Bar No. 24130011
Brittany.Wright@oag.texas.gov

KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
Katie.Hobson@oag.texas.gov

ENVIRONMENTAL PROTECTION DIVISION

2

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, MC-066
Austin, Texas 78711-2548

*Attorneys for Plaintiff State of Texas*

KRIS W. KOBACH
Attorney General of Kansas

JAMES RODRIGUEZ
Assistant Attorney General
Jay.Rodriguez@ag.ks.gov

KANSAS ATTORNEY GENERAL'S OFFICE
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8409
Fax: (785) 296-2420

*Attorneys for Plaintiff State of Kansas*

GENTNER DRUMMOND
Attorney General of Oklahoma

GARRY M. GASKINS, II
Solicitor General
Garry.gaskins@oag.ok.gov

ZACH WEST
Director of Special Litigation
Zach.west@oag.ok.gov

JENNIFER L. LEWIS
Deputy Attorney General
Jennifer.lewis@oag.ok.gov

OFFICE OF THE OKLAHOMA ATTORNEY GENERAL
313 N.E. 21st Street
Oklahoma City, OK 73105
Tel: (405) 521-3921
Fax: (405) 521-6246

*Attorneys for Plaintiff State of Oklahoma*

ADAM R.F. GUSTAFSON, Acting Assistant Attorney General

U.S. Department of Justice
Environment and Natural Resources Division
S. JAY GOVINDAN, Section Chief
Wildlife and Marine Resources Section
NICOLE M. SMITH, Assistant Section Chief
Wildlife and Marine Resources Section

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK
Trial Attorney
Maryland Bar No. 2112140244
Wildlife and Marine Resources Section
Ben Franklin Station
P. O. Box 7611
Washington, D.C. 20044
(202) 616-1059 (tel.)
(202) 305-0275 (fax)
caitlyn.cook@usdoj.gov

PETER W. BROCKER
Trial Attorney
New York Bar No. 5385448
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 305-8636 (tel.)
(202) 305-0506 (fax)
peter.brocker@usdoj.gov

DAVID B. GOODE
Assistant United States Attorney
Texas Bar No. 24106014
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5850 (phone)
(512) 916-5854 (fax)
david.goode@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2025, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

/s/ Caitlyn F. Cook
CAITLYN F. COOK

*Attorney for Federal Defendants*